UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY REEVES and MARY REEVES, Plaintiffs, | 08-CV-3023 (ENV) |
| v. | |
| DAVOL INC. and C.R. BARD, INC., Defendants. | |

**CORPORATE DISCLOSURE STATEMENT**

Davol Inc. and C.R. Bard, Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: August 18, 2008

Respectfully submitted,

PEPPER HAMILTON LLP

Samuel J. Abate, Jr.
Pepper Hamilton LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212-808-2706
Fax: 212-286-9806
abates@pepperlaw.com

ATTORNEYS FOR DEFENDANTS
DAVOL INC. AND C.R. BARD, INC.

Of Counsel:
Kirby T. Griffis
Dana A. Gausepohl
Michael L. Junk
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
kgriffis@spriggs.com
dgausepohl@spriggs.com
mjunk@spriggs.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2008, a copy of the foregoing Corporate Disclosure Statement was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

Stephanie Hatzakos, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119

*Via electronic notice*

BY: /s/ Samuel J. Abate, Jr.
Samuel J. Abate, Jr.