# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

August 29, 2008

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

Re: MDL No. 1842 -- IN RE: Kugel Mesh Hernia Patch Products Liability Litigation

(See Attached CTO-27)

Dear Mr. DiMarzio:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 13, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Denise Morgan-Stone
Denise Morgan-Stone
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Mary M. Lisi
Transferor Judges: (See Attached Judges List)
Transferor Clerks: (See Attached Clerks List)

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 2 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 13 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-27)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 702 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

## SCHEDULE CTO-27 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| GEORGIA NORTHERN | | | |
| GAN | 1 | 08-2456 | Edward Curott, Sr., et al. v. Davol, Inc., et al. |
| NEBRASKA | | | |
| NE | 4 | 08-3163 | Elaine B. Goldenstein, et al. v. C.R. Bard, et al. |
| NEW JERSEY | | | |
| NJ | 2 | 08-3802 | Princetta Avant v. Davol, Inc., et al. |
| NJ | 2 | 08-3803 | Michael Lee Jenkins, et al. v. Davol, Inc., et al. |
| NJ | 2 | 08-3806 | Arthur Ronald Epert, et al. v. Davol, Inc., et al. |
| NJ | 2 | 08-3808 | Luke Daniel Holback v. Davol, Inc., et al. |
| NJ | 2 | 08-3822 | Kimberly Lynn Strain, et al. v. Davol, Inc., et al. |
| NJ | 2 | 08-3824 | Sandra Gail Williams v. Davol, Inc., et al. |
| NJ | 2 | 08-3826 | Timothy F. Hoffa, Sr., et al. v. Davol, Inc., et al. |
| NEW YORK EASTERN | | | |
| NYE | 1 | 08-3023 | Anthony Reeves, et al. v. Davol, Inc., et al. |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-27)**

Aaron A. Clark
MCGRATH NORTH MULLIN & KRATZ PC LLO
First National Tower
Suite 3700
1601 Dodge Street
Omaha, NE 68102-1627

W. Lewis Garrison, Jr.
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
P.O. Box 11310
Birmingham, AL 35203

Kirby T. Griffs
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Suite 900
Washington, DC 20005

Stephanie Hatzakos
MILBERG LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Melanie H. Muhlstock
PARKER WAICHMAN ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

James M. Poe
WARSHAUER POE & THORNTON PC
3350 Riverwood Parkway
Suite 2000
Atlanta, GA 30339

Christopher P. Welsh
WELSH & WELSH PC LLO
400 Scoular Building
2027 Dodge Street
Suite 400
Omaha, NE 68102

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-27)**

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. William S. Duffey, Jr.
U.S. District Judge
1721 Richard B. Russell Federal Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. Warren K. Urbom
Senior U.S. District Judge
507 Robert V. Denney U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. Eric N. Vitaliano
U.S. District Judge
United States District Court
714 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED CLERKS LIST (CTO-27)**

James N. Hatten, Clerk
2217 Richard B. Russell Federal Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Denise Lucks, Clerk
U.S. District Court
Denney Federal Building & U.S. Courthouse
100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818