CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08−cv−03023−ENV−CLP

Reeves et al v. Davol Inc. et al
Assigned to: Judge Eric N. Vitaliano
Referred to: Magistrate Judge Cheryl L. Pollak
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 07/24/2008
Date Terminated: 09/05/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Anthony Reeves** represented by **Stephanie Hatzakos**
Milberg LLP
One Penn Plaza
New York, NY 10119
212−946−9386
Fax: 212−273−4314
Email: shatzakos@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Reeves** represented by **Stephanie Hatzakos**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by **Samuel J. Abate, Jr.**
Pepper Hamilton LLP
620 Eighth Avenue
37th Floor
New York, NY 10018−1405
(212)808−2706
Fax: (866)738−9621
Email: abates@pepperlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard Inc.** represented by **Samuel J. Abate, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2008 | Ï 1 | COMPLAINT against Davol Inc., C.R. Bard Inc. $ 350, filed by Anthony Reeves, Mary Reeves. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: |

| | | |
|---|---|---|
| | | 07/25/2008) |
| 07/24/2008 | Ï | Summons Issued as to Davol Inc., C.R. Bard Inc.. (Bowens, Priscilla) (Entered: 07/25/2008) |
| 08/06/2008 | Ï 2 | WAIVER OF SERVICE Returned Executed by Davol Inc., C.R. Bard Inc.. Anthony Reeves waiver sent on 7/24/2008, answer due 9/22/2008; Mary Reeves waiver sent on 7/24/2008, answer due 9/22/2008. (Hatzakos, Stephanie) (Entered: 08/06/2008) |
| 08/18/2008 | Ï 3 | Corporate Disclosure Statement by Davol Inc., C.R. Bard Inc. (Abate, Samuel) (Entered: 08/18/2008) |
| 08/18/2008 | Ï 4 | ANSWER to 1 Complaint by Davol Inc., C.R. Bard Inc.. (Abate, Samuel) (Entered: 08/18/2008) |
| 08/29/2008 | Ï 5 | SCHEDULING ORDER: An initial conference has been scheduled in the above−captioned case on **OCTOBER 22, 2008 at 2:30 PM,** before the Honorable Cheryl L. Pollak, in Room 1230. So Ordered by Magistrate Judge Cheryl L. Pollak on 8/29/08. (Caggiano, Diana) (Entered: 08/29/2008) |
| 09/03/2008 | Ï 6 | Letter dated 8/29/08 from the MDL Panel to Clerk of Court enclosing a certified copy of a conditional transfer order filed by the Panel on 8/13/08. (Chee, Alvin) (Entered: 09/03/2008) |
| 09/05/2008 | Ï | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent electronically. (Brucella, Michelle) (Entered: 09/05/2008) |